## Edwin D. Buell, Trustee, Appellant, v. Ernest H. Kastor et al., Appellees.

### Gen. No. 21,258.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in this court at the March term, 1915. Affirmed. Opinion filed December 6, 1915.

## Statement of the Case.

Bill by Edwin D. Buell, as trustee in bankruptcy of the United States Kellastone Company, a corporation, complainant, against Ernest H. Kastor, Richard H. Kastor, Aaron Bodenweiser and Frederick W. McKinney, defendants, in the Circuit Court of Cook county. Decree sustaining a demurrer and dismissing the bill affirmed on the authority of *Smith v. Kastor,* No. 21,259, *ante,* p. 458.

SILBER, ISAACS, SILBER & WOLEY, for appellant; CLARENCE J. SILBER, of counsel.

HARRIS F. WILLIAMS and CHARLES SCRIBNER EATON, for appellees.

MR. JUSTICE HOLDOM delivered the opinion of the court.